FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR LOUIS CARTER,<br><br>Defendant. | Case No. 16-0721-GW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☐ the appearance of defendant as required; and/or

☒ the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

- Instant allegations in violation petition
- Second alleged violation of supervision

☐ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 05/02/2017

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE