FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **CR 16-721-GW** |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| **Trevor Louis Carter** | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___**CDCA**___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:
   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: violent allegations; criminal history; substance abuse

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: failure to appear; multiple violations

IT IS ORDERED that defendant be detained.

DATED: 9/12/17

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge